229 So.2d 114

**SANBORN & O'NEIL TOWING, INC.**

**v.**

**GEORGE ENGINE COMPANY, Inc., et al.**

No. 50203.

Dec. 19, 1969.

In re: Sanborn & O'Neil Towing, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 226 So.2d 560.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

229 So.2d 114

**Robert W. MOORE et al.**

**v.**

**TRADERS & GENERAL INSURANCE COMPANY et al.**

No. 50205.

Dec. 19, 1969.

In re: Robert W. Moore applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 227 So.2d 174.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.